Anna Einfeldt et al., Plaintiffs-Appellants, v. James Watkins, Defendant-Appellee.

Gen. No. 10,760. 

Second District.

February 17, 1955.

Rehearing denied June 17, 1955.

Released for publication June 20, 1955.

C. M.

Granger, Victor Lauridsen, and Eva L. Minor, for appellants; Gray, McIntire, Petersen & Ackman, and Victor N. Cardosi, for appellee. Opinion by JUSTICE DOVE. **Not to be published in full.**